New York Life Insurance Company, Appellant, v. H. & J. Guttag Corporation and Others, Respondents, Impleaded with The People of the State of New York, Defendant.*

Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Martin and Untermyer, JJ., dissent and vote to reverse. Dissenting opinion by Martin, J.

Martin, J. (dissenting). The Civil Practice Act (§ 1083-a) authorizes and empowers the court to fix the fair and reasonable market value of mortgaged premises so that the right to a deficiency judgment may be determined. We believe that where there is a sharp issue as to the value and where the affidavits are at variance, the court should direct the taking of testimony so that the affiants may be examined and cross-examined in open court. In such a case the proper application of the section requires a trial of the issues to correctly determine the true value of the property. The order so far as appealed from should be reversed, without costs, and the matter remitted to the Special Term to take proof of the value of the property. Untermyer, J., concurs.

Meyer Levine, a Bondholder of the Barc-Ray Holding Corporation, Suing on Behalf of Himself and All Other Bondholders Similarly Situated, Plaintiff, v. The Continental Bank and Trust Company of New York, Individually and as Trustee, Respondent. Sarah Block, Intervenor, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

Harriet J. Raldiris, Appellant, v. E. H. H. Simmons, as President of the New York Stock Exchange, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

Elise Elaine Weisbecker, Appellant, v. Charles Weisbecker, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of Alfred E. Devereaux, Appellant, for an Order Canceling and Discharging of Record a Judgment Entered in the Office of the Clerk of the County of New York on the 25th Day of February, 1932, in Favor of Harry T. Belsey, Plaintiff, and against Alfred E. Devereaux, Defendant, in the Sum of $500.06. Harry T. Belsey, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [Sub nom. Belsey v. Deveraux, 150 Misc. 337.]

In the Matter of the Application of Morris Selk, Respondent, for a Mandamus Order against William Hodson, as Commissioner of the Department of Public Welfare of the City of New York, Appellant.— Order affirmed, with twenty dollars costs and disbursements, on the authority of Matter of Fornara v. Schroeder (261 N. Y. 363). Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.